# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

**DEBTOR:   NORRIS, WILLIAM HAROLD**

CHAPTER 7 BANKRUPTCY CASE NO: 06-60216

Please check one:

_____ Unclaimed Dividends

__X__ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | 11 | $704.69 | $1.24 |

Date:   November 14, 2009          /e/ Terri A. Running
                                   Terri A. Running, Trustee

Letter – Bankruptcy Court –
Unclaimed Dividends/Distribution
Less than $5